UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Jesus Mateo MENDOZA RAMIREZ,

Petitioner,

v.

Christopher LaROSE, et al.,

Respondents.

Case No.:  26-cv-1804-AGS-BLM

**ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING BOND HEARING**

Petitioner Jesus Mateo Mendoza Ramirez seeks a writ of habeas corpus under 28 U.S.C. § 2241 to free him from immigration detention. In the government's return, it asserts that its "position" is "that Petitioner is subject to mandatory detention under § 1225(b)." (ECF 5, at 2.)

But the government also "acknowledges that Courts in this District have repeatedly reached the opposite conclusion" and, accordingly, "does not oppose the petition." (*Id.* at 3.) One of the government's cited cases is this Court's decision in *Nayyer v. LaRose*, No. 25-cv-3111-AGS-DDL (S.D. Cal. Nov. 20, 2025). (*See* ECF 5, at 3.) The Court incorporates its reasoning from that case and concludes that Mendoza Ramirez is detained under 8 U.S.C. § 1226(a), not § 1225.

Thus, the habeas petition is **GRANTED**. All pending hearings and deadlines are vacated. By **April 10, 2026**, respondents must provide Mendoza Ramirez a bond hearing before an immigration judge.

Dated:  March 27, 2026

Hon. Andrew G. Schopler
United States District Judge

1

26-cv-1804-AGS-BLM